# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-----------------------------------------------------------------X
ROBERT DUMAS,

                      Plaintiff(s),          **SUMMONS**

        -against-

                                      INDEX NO.

VICTOR LUIS CLAUDIO and
LOMUPO TRUCKING CORP,                      FILED ON:

                      Defendant(s).
-----------------------------------------------------------------X

TO THE ABOVE NAMED DEFENDANT(S):

        YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney, within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

        Plaintiff designates Orange County as the place of venue. The basis of the venue designated is the place of the occurrence.

DATED:      Tappan, New York
                April 9, 2025

                                                               Yours, etc.,

                                                               H. BRUCE FISCHER ESQ. P.C.
                                                               Attorney for Plaintiff
                                                               88 Main Street
                                                               Tappan, NY 10983
                                                               (212) 957-3634
                                                               <u>Mailing Address</u>
                                                               H. BRUCE FISCHER ESQ. P.C.
                                                               P.O. Box 119
                                                               Tappan, NY 10983

<u>Defendants' Addresses:</u>
VICTOR LUIS CLAUDIO
118 SCOTT ROAD
FRANKLIN, NJ 07416

LOMUPO TRUCKING CORP
35 WHITNEY ROAD
MAHWAH, NJ 07430

LOMUPO TRUCKING CORP
64 GODWIN AVE
MIDLAND PARK, NJ 07432

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
------------------------------------------------------------------X
ROBERT DUMAS,

                Plaintiff(s),

-against-

VICTOR LUIS CLAUDIO and
LOMUPO TRUCKING CORP,

                Defendant(s).
------------------------------------------------------------------X

**INDEX NO.**

**VERIFIED COMPLAINT**

Plaintiff, by his attorney, H. BRUCE FISCHER ESQ. P.C., complaining of the above named defendants respectfully alleges upon information and belief as follows:

### AS AND FOR A FIRST CAUSE OF ACTION, PLAINTIFF, ROBERT DUMAS ALLEGES:

1. That at all times hereinafter mentioned, plaintiff was and still is a resident of the County of Orange and State of New York.

2. That at all times hereinafter mentioned, defendant, LOMUPO TRUCKING CORP was a domestic business corporation duly organized and existing under and by virtue of the laws of the State of New York.

3. That at all times hereinafter mentioned, defendant, LOMUPO TRUCKING CORP was a domestic business corporation doing business in the State of New York with a place of business in the State of New York.

4. That at all times hereinafter mentioned, defendant, LOMUPO TRUCKING CORP was a duly organized foreign business corporation authorized to do business in the State of New York and transacting business in the State of New York.

5. That at all times hereinafter mentioned, defendant, LOMUPO TRUCKING CORP was a foreign business corporation transacting business in the State of New York with a place of business in the State of New York.

6. That on or about the 6th day of January, 2025, the defendant, LOMUPO TRUCKING CORP owned a motor vehicle, bearing License No. AY685F, NJ.

7. That on or about the 6th day of January, 2025, the defendant, VICTOR LUIS CLAUDIO, operated the said motor vehicle, bearing License No. AY685F, NJ.

8. That on or about the 6th day of January, 2025, the defendant, VICTOR LUIS CLAUDIO, reserved unto himself the management and control of the aforesaid motor vehicle.

9. That on or about the 6th day of January, 2025 the defendant, VICTOR LUIS CLAUDIO, operated the aforesaid motor vehicle, bearing License No. AY685F, NJ with the knowledge, consent and permission of the defendant, LOMUPO TRUCKING CORP

10. That on or about the 6th day of January, 2025, the defendant, VICTOR LUIS CLAUDIO, was employed by defendant, LOMUPO TRUCKING CORP

11. That on or about the 6th day of January, 2025, the defendant, VICTOR LUIS CLAUDIO, operated the said motor vehicle, bearing License No. AY685F, NJ, within the scope of

his employment for defendant LOMUPO TRUCKING CORP

12. That on or about the 6th day of January, 2025, the plaintiff, ROBERT DUMAS owned and operated a motor vehicle, bearing License ROYALV, New York.

13. That at all times hereinafter mentioned, I-87 at or near Exit 15 D-Ramp, Town of Tuxedo, County of Orange and State of New York was and still is a public highway and/or thoroughfare.

14. That on or about the 6th day of January, 2025, the motor vehicle operated by the defendant, VICTOR LUIS CLAUDIO, bearing license number AY685F, NJ, and the motor vehicle operated by the plaintiff, bearing license number ROYALV, New York, were in contact.

15. That on or about the 6th day of January, 2025 while plaintiff was lawfully operating a motor vehicle said plaintiff was caused to be severely injured due to the negligence, culpable conduct, carelessness and recklessness of the defendants in the ownership, operation, management and maintenance of the aforesaid motor vehicle.

16. That by reason of the foregoing, plaintiff was caused to and did sustain severe, painful and serious personal injuries in and about the head, limbs and body; became sick, sore, lame and disabled; was caused to suffer scars, fractures, contusions, abrasions, lacerations and sprains; was caused to suffer a severe shock to the nervous system and certain internal injuries; was caused to suffer and still continues to suffer great physical pain, mental anguish and bodily injuries; was confined to bed and home for a long period of time; was compelled to undergo hospital and medical aid, treatment and attention and to expend diverse sums of money for same; has been prevented from engaging in said plaintiff's usual occupation and activities for a long period of time, all with attendant losses and since some of said injuries are of a permanent and long lasting nature, and upon information and belief, will continue to suffer continuous pain, suffering, inconvenience, loss of enjoyment of life, and damage in the future.

17. That all of the foregoing occurred solely as a result of the carelessness, recklessness, culpable conduct and negligence of the defendants in the ownership, operation, management, maintenance and control of the aforesaid motor vehicle; in that the said vehicle was operated at a high, excessive, illegal and dangerous rate of speed; in that the defendants failed to take cognizance of plaintiff who was lawfully upon the aforesaid highway and/or thoroughfare; in failing to apply the brakes in time to avoid forcibly striking the motor vehicle which said plaintiff was operating; in failing to obey traffic laws; in following too closely; in failing to see what was there to be seen; in causing the aforementioned motor vehicle to actually come into violent and physical contact with the motor vehicle which said plaintiff was operating; in placing said plaintiff in a dangerous and perilous condition while lawfully on the aforesaid public highway and/or thoroughfare; in endangering the life and limb of all motorists traversing thereon and thereat, and more particularly said plaintiff; in failing to observe the rules of the road; in failing to have said motor vehicle in proper condition; in driving carelessly; in failing to hire and train competent personnel; in negligently entrusting the vehicle to persons unsuitable, unqualified and/or unfit to drive; in maintaining, controlling and operating the said motor vehicle in such a careless manner as to strike the motor vehicle which said plaintiff was operating, thereby causing said plaintiff to sustain severe injuries and in that defendants violated the regulations, ordinances and statutes of the State of New York; and in other ways acted in a careless, reckless and negligent manner.

18. That by reason of the foregoing, plaintiff has sustained serious injuries within the purview of and as defined by Sub. Section D of Section 5102 of the Insurance Law of the State of New York.

19. That by reason of the foregoing, the injuries sustained by plaintiff have

resulted in economic loss greater than basic economic loss, as defined in Section 5102 of the Insurance Law of the State of New York.

20. This action falls within one or more of the exceptions set forth in CPLR ss1602.

21. That the amount of said damages sustained by the plaintiff as a result of the aforesaid serious personal injuries and pecuniary loss are in a substantial sum of money to be determined by the court and jury.

22. That the amount of said damages sustained by the plaintiff as a result of the aforesaid exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this action.

**WHEREFORE,** plaintiff ROBERT DUMAS demands judgment against the defendants on the First Cause of Action in an amount which exceeds the jurisdiction limits of all lower courts which would otherwise have jurisdiction over this action, together with interest, costs and disbursements of this action

DATED:   Tappan, New York
         April 9, 2025

                                                    Yours, etc.,

                                                    H. BRUCE FISCHER ESQ. P.C.
                                                    Attorney for Plaintiff
                                                    88 Main Street
                                                    Tappan, NY 10983
                                                    (212) 957-3634
                                                    Mailing Address
                                                    H. BRUCE FISCHER ESQ. P.C.
                                                    P.O. Box 119
                                                    Tappan, NY 10983

## **VERIFICATION**

        The undersigned, an attorney admitted to practice in the Courts of New York State, say that:

        I, H. BRUCE FISCHER, ESQ., the attorney of record for the plaintiff, ROBERT DUMAS, have read the annexed SUMMONS AND VERIFIED COMPLAINT, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the documents and information in our files.

        I affirm that the foregoing statements are true under penalties of perjury.

DATED:    Tappan, New York
                April 9, 2025

_____
H. BRUCE FISCHER, ESQ.

**INDEX NO.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------------X
ROBERT DUMAS,

                              Plaintiff(s),

                 -against-

VICTOR LUIS CLAUDIO and
LOMUPO TRUCKING CORP,


                              Defendant(s).
-------------------------------------------------------------------X

**SUMMONS AND VERIFIED COMPLAINT**

-------------------------------------------------------------------X

H. BRUCE FISCHER ESQ. P.C.
ATTORNEYS FOR PLAINTIFF(S)
88 MAIN STREET
TAPPAN, NY 10983
(212) 957-3634

<u>Mailing Address</u>
H. BRUCE FISCHER ESQ. P.C.
P.O. BOX 119
TAPPAN, NY 10983

-------------------------------------------------------------------