UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Dumas,

                               Plaintiffs,

               -against-

Claudio and Lomupo Trucking Corp.,
                              Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _ 2/6/2026 _

**<u>ORDER RE STATUS CONFERENCE</u>**

**<u>7:25-cv-08486-NSR-VR</u>**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **<u>February 26, 2026 at 10:30</u>**

**<u>AM</u>**. The parties are to dial in to the **<u>Cisco Webex conference line</u> <u>at 855-244-8681, enter</u>**

**<u>Meeting ID #2310 527 2044 and then # to enter the conference</u>**.

     In advance of the conference, the parties are to meet and confer, in accordance with Rule

26(f) of the Federal Rules of Civil Procedure, about a proposed Case Management Plan (the form

for which is attached to this Order). The Court previously directed the parties to re-submit their

proposed joint Case Management Plan with revised deadlines on or before January 22, 2026

(ECF No. 8). The Court has not yet received any such proposal. The proposed Case Management

Plan, which should be revised to provide additional time for all outstanding deadlines, is now

due **<u>three (3) business days before the scheduled conference</u>**.

     At the Status Conference, the parties should be prepared to discuss the

proposed deadlines in the Case Management Plan along with the following:

       (1) a brief summary of claims, defenses, and relevant issues;
       (2) the basis of subject matter jurisdiction;
       (3) the subjects on which discovery may be needed;
       (4) any anticipated discovery disputes or sought-after limitations on discovery;
       (5) any plans for electronic discovery and ESI protocols;
       (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
       (7) any anticipated motions; and

(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:       White Plains, New York
             February 6, 2026

_____

VICTORIA REZNIK
United States Magistrate Judge

UNITED STATES DISTRICT COURT                         Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                                    **CIVIL CASE DISCOVERY PLAN**
                              Plaintiff(s),          **AND SCHEDULING ORDER**
        - against -


                              Defendant(s).     _____ CV _____ (NSR)


-------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.      All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.      This case [is] [is not] to be tried to a jury.

3.      Joinder of additional parties must be accomplished by _____.

4.      Amended pleadings may be filed until _____.

5.      Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.      First request for production of documents, if any, shall be served no later than _____.

7.      Non-expert depositions shall be completed by _____.

        a.      Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

        b.      Depositions shall proceed concurrently.

        c.      Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.  Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.  Requests to Admit, if any, shall be served no later than _____.

10.  Expert reports shall be served no later than _____.

11.  Rebuttal expert reports shall be served no later than _____.

12.  Expert depositions shall be completed by _____.

13.  Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.  **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.  Any motions shall be filed in accordance with the Court's Individual Practices.

16.  This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.  The Magistrate Judge assigned to this case is the Hon. _____.

18.  If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.  The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York

_____

_____